# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                                CASE NO. 16-CR- 10053-EFM

**JAMES DUNBAR,**

**Defendant.**

# INDICTMENT

The Grand Jury charges:

### Count 1

**POSSESSION OF A FIREARM**
**BY A PROHIBITED PERSON**
**Title 18 U.S.C. § 922(g)(1)**

On or about January 18, 2016, in the District of Kansas, the defendant,

**JAMES DUNBAR,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly possess, in and affecting commerce, any firearm and ammunition which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code § 922(g)(1) and § 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in Count 1, **JAMES DUNBAR,** the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including:

1.     One SCCY Industries, Model CPX-2, 9mm, semi-automatic handgun, serial number 213819.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## A TRUE BILL.

March 29, 2016                                 s/Foreperson
DATE                                          FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

2